82,080-01,02

2.5.15

Just writing to inform you that
My new mailing address is:

ALFREDO RIVERA
200 SPACE BLVD
APT. 37-A
DEL RIO, TX 78840

in regards to 11.07:
    wr-82,080-01
    wr-82,080-02

Thank You.
Alfredo Rivera

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 09 2015

Abel Acosta, Clerk